RECEIVED

NOV 17 2020

AT 8:30_____M
WILLIAM T. WALSH
CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

-----------------------------------------------------------x
Huijie Dou,

                          *Plaintiff*,

          v.

Ravissanics Beauty LLC *et al.*

                         *Defendants*.
-----------------------------------------------------------x

Case No.20-cv-14793

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiff and Defendants in the above captioned action, that, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed, with prejudice and without costs or attorneys' fees to any party, as to Plaintiff or Defendants. This Court retains jurisdiction to enforce the Settlement Agreement and the Release of this action.

Dong, Adam's Law Firm PLLC
*Attorneys for the Plaintiff*

By: /s/Adam Dong
Adam Dong, Esq. (AD 6544)
3708 Main St, Suite 308
Flushing, NY 11354
Tel: (929) 269-5666

Date: 11/17/2020
SO ORDERED.

_____

Wang, Gao & Associates, P.C.
*Attorneys for Defendants*

By: _____
Heng Wang, Esq. (HW0786)
36 Bridge St
Metuchen, NJ 08840
Tel: (732) 767-3020